UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 08 CV 6426

---

ERIK ANDERSEN AND ROB LANDLEY

, Plaintiff(s)

- against -

EXTREME NETWORKS, INC.

, Defendant(s)

---

| | | |
|---|---|---|
| State of California | ) | |
| | ) | SS.: |
| County of Alameda | ) | |

### AFFIDAVIT OF SERVICE

Len Warren being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of California. That on 07/22/2008 at  9:51 AM at:

> EXTREME NETWORKS
> 3585 MONROE STREET
> SANTA CLARA CA 95051

Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK

on EXTREME NETWORKS

a domestic and/or foreign corporation
by delivering thereat true copies to Perla Ibarra
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Receptionist and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 30 HEIGHT: 5'4''   WEIGHT: 120    HAIR: BROWN     RACE: LT BROWN  SEX: FEMALE

Len Warren          Lic. #1035

SWORN TO BEFORE ME _____

*See attached jurat*

OUR DOC# 21652
Software Freedom Law Center
1995 Broadway
17th Floor
New York NY 10023
212-461-1911

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____
Signature of Document Signer No. 1

_____
Signature of Document Signer No. 2 (if any)

State of California

County of _Alameda_

Subscribed and sworn to (or affirmed) before me on this

_23_ day of _July_, 20_08_, by
Date        Month               Year

(1)_____Len Warren_____,
Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

(and

(2)_____,
Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____
Signature of Notary Public

J. BROWN
NOTARY PUBLIC – CALIFORNIA
ALAMEDA COUNTY
COMMISSION # 1722116
MY COMM. EXPIRES JAN. 28, 2011

Place Notary Seal Above

---

## OPTIONAL

Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.

**Further Description of Any Attached Document**

Title or Type of Document: _Affidavit of Service_

Document Date: _none_          Number of Pages: _1_

Signer(s) Other Than Named Above: _none_

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Item #5910   Reorder: Call Toll-Free 1-800-876-6827