UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____         │
│ DATE FILED: 8/8/08          │
└─────────────────────────────┘
```

------------------------------------------x

ERIK ANDERSEN, an individual,
and ROB LANDLEY, an individual,

        Plaintiffs,

    -against-

EXTREME NETWORKS, INC.
a California corporation,

        Defendant.

------------------------------------------x

Civil Action No. 08-CV-6426

**ORDER TO EXTEND TIME FOR
DEFENDANT TO FILE ANSWER**

IT IS HEREBY ORDERED that Defendant Extreme Networks, Inc. has until September 5, 2008 to answer the Complaint filed on July 17, 2008 by Plaintiffs Erik Andersen and Rob Landley.

SO ORDERED.

DATED: 8-7-08

Hon. P. Kevin Castel
United States District Judge