# MEMO ENDORSED



**SOFTWARE FREEDOM LAW CENTER**
1995 Broadway, 17th Floor
New York, NY 10023
212.580.0800
212.580.0898 fax
www.softwarefreedom.org

Daniel B. Ravicher
Legal Director
212.461.1902 direct
ravicher@softwarefreedom.org

August 21, 2008

VIA FACSIMILE

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007
Fax: (212) 805-7949

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08
```

Re: **Andersen et al. v. Extreme Networks, Inc., 08-CV-6426:**
    **Request for Adjournment of Pre-Trial Conference**

Dear Judge Castel:

Plaintiffs in the above captioned matter request an adjournment of the pre-trial conference currently scheduled for September 12, 2008, to another date at your earliest convenience, as that date conflicts with travel commitments of Plaintiffs' counsel. Defendants in this matter have not yet made an appearance and, therefore, have not been consulted.

Sincerely,

Software Freedom Law Center, Inc.
Daniel B. Ravicher (DR1498)

Attorneys for Plaintiffs
Erik Andersen and Rob Landley

*The initial pretrial conference is adjourned to October 3, 2008 at 12:45 p.m.*
Application Granted.

So Ordered:
Hon. P. Kevin Castel, U.S.D.J.
8/25/08