```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------x
ERIK ANDERSEN, an individual,
and ROB LANDLEY, an individual,

        Plaintiffs,

  -against-

EXTREME NETWORKS, INC.
a California corporation,

        Defendant.
--------------------------------x

Civil Action No. 08-CV-6426

ORDER TO EXTEND TIME FOR
DEFENDANT TO FILE ANSWER

IT IS HEREBY ORDERED that Defendant Extreme Networks, Inc. has until September 19, 2008 to answer the Complaint filed on July 17, 2008 by Plaintiffs Erik Andersen and Rob Landley.

SO ORDERED.

DATED: 9-4-08

Hon. P. Kevin Castel
United States District Judge